MELINDA HAAG (CABN 132612)
United States Attorney

THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division

CHARLES PARKER
Special Assistant United States Attorney
  450 Golden Gate Ave., Box 36055
  San Francisco, CA 94102
  Telephone: (415) 436-7149
  Facsimile: (415) 436-7009
  Email: charles.parker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. CV 12-0892 SI |
| Petitioners, | [~~Proposed~~] ORDER |
| v. | |
| BARBARA A. SANCEN, | |
| Respondent. | |

Upon consideration of the United States' Second Motion for Order Finding Respondent in Contempt (Dkt. No. 19) and all the pleadings on the record, the Court finds that Respondent Barbara Sancen ("Respondent") is in contempt of this Court's September 21, 2012, Order, requiring her to comply with the Internal Revenue Service Summons. The Court further finds that the United States has established by clear and convincing evidence that Respondent has violated the Court order and Respondent may be coercively confined under Title 18, United States Code, Section 401, for her failure to comply with the Court's Order.

Accordingly, IT IS HEREBY ORDERED that Respondent Barbara A. Sancen appear before the Court on the 3rd day of May, 2013, at 9:00 a.m., in Courtroom No. 10, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why Respondent should not be coercively confined by the Court under Title 18, United States Code, Section 401, until she complies with the Internal Revenue Service summons.

It is further ORDERED that:

1. If Respondent Barbara A. Sancen does not appear before the Court on May 3, 2013, and present sufficient evidence why should she not be coercively confined, a bench warrant will be issued for the arrest of Respondent Barbara A. Sancen that will subject her to coercive confinement until she obeys the Court's Orders;

2. Respondent Barbara A. Sancen may comply with the Court's Orders by appearing before Revenue Office Belden Granada, of the Internal Revenue Service, at 55 South Market Street, Sixth Floor, Suite 610, San Jose, California 95113, on or before April 1, 2013, and provide the testimony and documents requested in the Internal Revenue Service summons.

3. A copy of this Order, together with the Petition to Enforce Internal Revenue Service Summons and supporting papers, shall be served upon Respondent in accordance with Rule 5 of the Federal Rules of Civil Procedure at least thirty-five days before the date set for the show-cause hearing;

4. Since the government has shown by clear and convincing evidence that Respondent Barbara A. Sancen has violated the Court's Order, and further that the respondent has not substantially complied with the Order, the burden has shifted to Respondent to oppose the coercive confinement. *See United States v. Bright*, 596 F.3d 683, 694 (9th Cir. 2010).

1    5.    If Respondent has any defense or opposition to coercive confinement, such
2 defense or opposition shall be made in writing, filed with the Clerk and served on counsel for the
3 United States, at least 21 days prior to the date set for the show-cause hearing.  The United States
4 may file a reply memorandum to any opposition at least 14 days prior to the date set for the
5 show-cause hearing.
6    6.    At the show-cause hearing, the Court will consider all issues raised by
7 Respondent.  Only those issues brought into controversy by the responsive pleadings and
8 supported by an affidavit or declaration will be considered.  Any uncontested allegation in the
9 Petition will be considered admitted.
10    ORDERED this  15th  day of     March    , 2013, at San Francisco, California.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER                                3
Civil No. 12-0892 SI