1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division

4 | CHARLES PARKER
Special Assistant United States Attorney
5 | 450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
6 | Telephone:  (415) 436-7149
Facsimile:   (415) 436-7009
7 | Email:        charles.parker@usdoj.gov

8 | Attorneys for the United States of America

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA, et al.,          Case No. CV 12-0892 SI

13 |          Petitioners,                                      [Proposed] ORDER

14 |                    v.

15 | BARBARA A. SANCEN,

16 |          Respondent.

17

18 |         Upon consideration of the United States' Second Motion for Order Finding Respondent

19 | in Contempt (Dkt. No. 19) and all the pleadings on the record, the Court finds that Respondent

20 | Barbara Sancen ("Respondent") is in contempt of this Court's September 21, 2012, Order,

21 | requiring her to comply with the Internal Revenue Service Summons.  The Court further finds

22 | that the United States has established by clear and convincing evidence that Respondent has

23 | violated the Court order and Respondent may be coercively confined under Title 18, United

24 | States Code, Section 401, for her failure to comply with the Court's Order.

1  Accordingly, IT IS HEREBY ORDERED that Respondent Barbara A. Sancen appear
2  before the Court on the 3rd day of May, 2013, at 9:00 a.m., in Courtroom No. 10, 19th Floor,
3  United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and
4  there show cause, if any, why Respondent should not be coercively confined by the Court under
5  Title 18, United States Code, Section 401, until she complies with the Internal Revenue Service
6  summons.

7  It is further ORDERED that:

8  1. If Respondent Barbara A. Sancen does not appear before the Court on May 3,
9  2013, and present sufficient evidence why should she not be coercively confined, a bench
10 warrant will be issued for the arrest of Respondent Barbara A. Sancen that will subject her to
11 coercive confinement until she obeys the Court's Orders;

12 2. Respondent Barbara A. Sancen may comply with the Court's Orders by appearing
13 before Revenue Office Belden Granada, of the Internal Revenue Service, at 55 South Market
14 Street, Sixth Floor, Suite 610, San Jose, California 95113, on or before April 1, 2013, and
15 provide the testimony and documents requested in the Internal Revenue Service summons.

16 3. A copy of this Order, together with the Petition to Enforce Internal Revenue
17 Service Summons and supporting papers, shall be served upon Respondent in accordance with
18 Rule 5 of the Federal Rules of Civil Procedure at least thirty-five days before the date set for the
19 show-cause hearing;

20 4. Since the government has shown by clear and convincing evidence that
21 Respondent Barbara A. Sancen has violated the Court's Order, and further that the respondent
22 has not substantially complied with the Order, the burden has shifted to Respondent to oppose
23 the coercive confinement.  *See United States v. Bright*, 596 F.3d 683, 694 (9th Cir. 2010).

24

[Proposed] ORDER
Civil No. 12-0892 SI

2

5.      If Respondent has any defense or opposition to coercive confinement, such defense or opposition shall be made in writing, filed with the Clerk and served on counsel for the United States, at least 21 days prior to the date set for the show-cause hearing.  The United States may file a reply memorandum to any opposition at least 14 days prior to the date set for the show-cause hearing.

6.      At the show-cause hearing, the Court will consider all issues raised by Respondent.  Only those issues brought into controversy by the responsive pleadings and supported by an affidavit or declaration will be considered.  Any uncontested allegation in the Petition will be considered admitted.

ORDERED this  15th  day of    March   , 2013, at San Francisco, California.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER
Civil No. 12-0892 SI

3