| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | THOMAS MOORE (ALBN 4305-O78T)<br>Chief, Tax Division |
| 4 | CHARLES PARKER<br>Special Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102 |
| 6 | Telephone:   (415) 436-7149<br>Facsimile:    (415) 436-7009 |
| 7 | Email:        charles.parker@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | Case No. CV 12-0892 SI |
| Petitioners, | [~~Proposed~~] ORDER |
| v. | |
| BARBARA A. SANCEN, | |
| Respondent. | |

Good cause having been shown by the United States upon its Second Motion for Order Finding Respondent in Contempt, Respondent Barbara Sancen's (Respondent) failure to appear before the Court on May 2, 2013, and Respondent's failure to comply with the Court's September 21, 2012, Order (Dkt. No. 16), it is hereby

ORDERED that the clerk of the Court shall issue a bench warrant for the arrest of Respondent Barbara A. Sancen ("Respondent") pursuant to Title 28, United States Code, Section 1826(a).

It is FURTHER ORDERED that after Respondent is taken into custody she shall appear before this Court and then and there show cause, if any, why she should not be held in contempt for her continued and repeated failure to comply with the Order of this Court.

1    It is FURTHER ORDERED that the United States will provide Respondent an opportunity to
2    comply with the Internal Revenue Service Summons at issue in this matter (Dkt. No. 1) as soon as is
3    reasonably permissible after Respondent is taken into custody.
4    ORDERED this __6th__ day of May, 2013, at San Francisco, California.

*/s/ Susan Illston*
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Proposed Order
C-12-0892-SI                                   2