UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 12-892-SI |
| ) | |
| Petitioner, ) | [proposed] ORDER |
| ) | |
| v. ) | |
| ) | |
| BARBARA SANCEN, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to a May 22, 2012 ORDER enforcing an IRS summons, Respondent was required to supply her 2008 personal income tax return to the IRS. A hearing was held in this matter on September 15, 2014, because Respondent has not complied with the May 22, 2012 ORDER.

IT IS ORDERED THAT, Respondent shall provide her 2008 personal income tax return to IRS Revenue Officer Adelina Foster, at 55 South Market Street, San Jose, CA, 95113, by October 14, 2014.

IT IS FURTHER ORDERED that plaintiff's counsel shall serve a copy of this order on Respondent and file a status report regarding Respondent's compliance by October 15, 2014.

IT IS SO ORDERED.

Dated: 9/26/14

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE